# EXHIBIT 1

  

Date (dd/mm/yyyy): 13/01/2022

Dear Mr/Miss Sinhue Cabrera Torres

Thank you for taking the time to interview with us for our open positions.

On behalf of TESS, I am pleased to list you the general information to our current positions, that are as following (a job offer letter that will be given during your visa process):

- Your base salary will be $11.00 (hourly).
- One month of support with housing and transportation (it could be shared)
- Your will be hired as a full-time employee performing the job duties and responsibilities regarding the position that you applied.
- Insurance will be provided
- Your estimated annual salary will be $35,000 per year.

Your employment is contingent upon a successful background check and drug screen.  It is also contingent on this document being signed and returned to TESS.

Accepting the terms of this letter, you agree on being part of a visa counseling which will be given by any of the following companies: TESS, TYJR or CL Global.

This is a proposal letter and not a contract.

If you have any questions, please contact with TESS team at jobs@tessus-mex.com

We look forward to hearing from you. Please indicate your interest by signing below and returning one copy of the letter, with your original signature. We would like you to start your process as soon as possible.

Sincerely,

Guadalupe Flores
Manager of Recruiting team

I am interested in the proposal of employment with TESS.  I understand that this is not a contract, nor a job offer letter.

_____    _____
(Signature)                                                                            (Date)