# EXHIBIT 2

**De:** DIANA IRIS MARTINEZ <cas_diana88@hotmail.com>
**Enviado:** martes, 6 de septiembre de 2022 09:42 a. m.
**Para:** cabrera torres <cabrera-1929@hotmail.com>
**Asunto:** Rv: IMPORTANTE: INICIO DE PROCESO DE VISA - FORMULARIO DS-160

---

**De:** cabrera torres <cabrera-1929@hotmail.com>
**Enviado:** miércoles, 9 de marzo de 2022 08:13 a. m.
**Para:** DIANA IRIS MARTINEZ <cas_diana88@hotmail.com>
**Asunto:** Rv: IMPORTANTE: INICIO DE PROCESO DE VISA - FORMULARIO DS-160

Rfcvv

**De:** Jahir Manzo <jmanzo@tessus-mex.com>
**Enviado:** jueves, 20 de enero de 2022 02:59 p. m.
**Para:** lcuellartessllc@gmail.com <lcuellartessllc@gmail.com>
**Asunto:** IMPORTANTE: INICIO DE PROCESO DE VISA - FORMULARIO DS-160

Hola, candidato a visa TN!

Mi nombre es Jahir Manzo de Tess LLC del departamento de seguimiento y te estaré apoyando con tu proceso de VISA TN en el presente correo encontrarás la descripción de nuestro proceso y las indicaciones del primer paso.

### PROCESO DE VISA TN

Una vez que cuentes con la oferta laboral expedida por la empresa (**esta oferta es únicamente tuya, es el acuerdo con la empresa, NO será utilizada para el trámite de visa**), inicia su proceso de visa, para esto se deben atender las siguientes indicaciones:

1. Se le hará llegar vía correo electrónico el **formato DS-160** en Excel, este documento **deberá ser llenado a computadora y en inglés,** a excepción de direcciones, nombres personales y fechas y se tendrá que reenviar en el mismo formato (Excel). Poniendo atención especial en:

   a. Las fechas. El formato de fechas es **DD/MMM/AAAA**; ejemplo: 10/dic/2020 (mes en español).

   b. Experiencia laboral. En el formato se requiere información de dos empleos distintos, **ambos deben estar relacionados directamente con su perfil profesional, NO se permiten empleos de maestro.**

   c. Los nombres de escuelas, calles, estados, ciudades, **no se traducen.**

   d. Números de teléfono. Deberán ser escritos **sin guiones, espacios, ladas y a diez dígitos.**

   e. **Si no** cuenta con un trabajo actual, **deberá llenar los campos con su empleo inmediato anterior** y así sucesivamente se deben realizar las modificaciones de fechas correspondientes tanto en el formato DS-160 y en el Curriculum.

   f. Es importante llenar **TODOS** los campos, para evitar fallas en el proceso.

   g. Se debe rellenar en Mayúsculas y minúsculas.

ESTA INFORMACIÓN SÓLO LA COPIAMOS EN EL FORMATO EN LÍNEA, ERROR QUE SE COMETA EN EL LLENADO DEL EXCEL, SERÁ ERROR QUE SE ARRASTRE EN TODO EL PROCESO Y RESPONSABILIDAD DE LA PERSONA QUE HAYA LLENADO EL FORMATO.

2. Una vez que hayas enviado tu formato, se te generará una forma de pago por $160 DLLS el cual se debe realizar **a la brevedad posible** ya que sin este paso no se puede continuar el proceso.

3. Una vez realizado el pago, se pierde comunicación hasta tener la documentación necesaria que la empresa envía firmada (una semana aproximadamente), es algo completamente normal ya que **se está preparando la documentación** para acudir a la embajada.

4. Una vez que los abogados tengan la documentación pertinente y la empresa la firme, **nosotros nos pondremos en contacto** con usted para programar la cita consular, que será aproximadamente en una semana después (depende de la disponibilidad de la embajada).

5. Ya con la fecha de cita, se **realizan 3 simulaciones de entrevista consular con personal de TESS**, para asegurar una entrevista exitosa.

6. Acudir a la entrevista consular.

7. Una vez que su visa sea aprobada aproximadamente **llega de 5 a 7 días** por paquetería.

8. Al tener la visa físicamente se estará programando el viaje a USA que será **de 4 a 5 días hábiles** después de recibir la visa.

**ES IMPORTANTE QUE CONSIDERES EL TIEMPO QUE DURA EL PROCESO PARA ACEPTAR LAS FECHAS QUE SE TE INDIQUEN EN CADA PARTE DEL PROCESO.**

Por medio del presente hago llegar un archivo de Excel que deberás llenar cuidadosamente ya que para tu solicitud de visa la empresa vaciara los datos exactamente como tú los pongas en este archivo, en la parte derecha del archivo hay instrucciones específicas de cómo llenar las partes en las que debes tener más cuidado al llenarlas y en las que por lo general se cometen errores favor de seguirlas si tienes duda. Y seguir las indicaciones arriba mencionadas.

**FAVOR DE HACER EL ENVÍO DE LA SIGUIENTE DOCUMENTACIÓN TAL COMO SE ESPECIFICA EN LA TABLA (Cambiar nombre del ejemplo por el suyo):**

| No. | Documento | Formato | Nombre |
|---|---|---|---|
| 1 | DS - 160 | .xlsx | TN Visa - DS 160 – Francisco Damian Hernandez Flores |
| 2 | Pasaporte | .pdf | TN Visa - Passport - Francisco Damian Hernandez Flores |
| 3 | Título | .pdf | TN Visa - Degree - Francisco Damian Hernandez Flores |
| 4 | Cedula profesional | .pdf | TN Visa - Professional license - Francisco Damian Hernandez Flores |
| 5 | Visa B1/B1 o alguna otra con la que se cuenta | .pdf | TN Visa - Visa B1/B2 - Francisco Damian Hernandez Flores |
| 6 | Licencia de conducir (si se cuenta con ella) | .pdf | TN Visa - Driver license - Francisco Damian Hernandez Flores |
| 7 | Currículum en inglés | .pdf | TN Visa – Resume – Francisco Damian Hernandez Flores |

**PARA ENVIAR ESTA INFORMACIÓN SE TIENE UN PERIODO MÁXIMO DE TRES DÍAS HÁBILES POSTERIORES A LA FECHA DE ENVÍO DE ESTE CORREO,** SI NO SE CUMPLE EN TIEMPO Y FORMA CON LA RECEPCIÓN DE DOCUMENTOS, **EL PROCESO SERÁ CANCELADO.**

Cualquier duda o aclaración externa a las instrucciones ya mencionadas estoy a tus ordenes, abajo está mi información de contacto, puede ser también vía WhatsApp.

--
*Best Regards*

*Jahir Manzo*
**Jr. Specialist**

Skype:
KakaoTalk ID: JahirMV
Cell Phone USA: +52  818 362 63 72 (CALLS AND WHATSAPP)



The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.



Remitente notificado con
Mailtrack

TN Visa - DS-16...(1).xlsx
23 KB