# EXHIBIT 3

 

January 26th, 2022

Mr. Sinuhe Cabrera Torres
Corregidora, Queretaro
76086, Mexico

Dear Mr. Sinuhe Cabrera Torres

    I am pleased to offer you employment as an Industrial Engineer at the CL Global, LLC. We are satisfied with your academic background and professional knowledge. We believe that you will be a valuable asset to the growth of this company´s business in the U.S. Per our agreement, the terms and conditions of your employment shall be as the following:

- **Job Title:** Industrial Engineer
- **Employment Period:** Up to three years from January 26th, 2022, but contingent upon the approval of TN-2 petition by the U.S.
- **Annual Salary:** $35,000.00 (Full time) + Overtime
- **Other Benefits:** Two months of housing and transportation.

In any additional information or documentation is required, please contact this office directly at Tel: +1 770 658 8139. Thank you.

Sincerely,

Raquel Montes
Human Resources Manager
CL Global, LLC.

*2430 Green Mountain Dr,*
*Braselton, Georgia 30517*