# EXHIBIT 4

 

January 26th, 2022

U.S Consulate General in Mexico
Paseo de la Reforma # 305
Col. Cuauhtémoc, Del. Cuauhtémoc
Mexico City
06500.

          **Re:**    Support Letter for NAFTA TN Visa Application
  **US Employer:**    CL Global, LLC

Dear Sir/Madam:

This letter is in support of the request by the U.S. CL Global, LLC. ("CL Global") to classify **Mr. Sinuhe Cabrera Torres** a citizen of Mexico, under the North American Free Trade Agreement (NAFTA) as a TN Professional Engineer. CL Global wishes to temporarily employ **Mr. Sinuhe Cabrera Torres** in the NAFTA occupation of Professional Engineer (as listed in NAFTA Chapter 16, Annex 1603). He will hold the internal job title of **Industrial Engineer** as a full-time employee will have the opportunely to work overtime at will. On average our employee's earn a of minimal annual salary of $35,000.00 plus a standard employee benefits package (housing and transportation).

**Part 1: U.S. Employer, "CL Global, LLC."**

CL Global, LLC is a manufacturing and engineering staffing company serving all the major automation and automotive supplier companies from Kia and Hyundai located in Georgia and Alabama. We also bring our services to LX Hausys Ltd., which is one of the most important building materials-manufacturing industries located in Georgia State.

We are located in Braselton, Georgia with subsidiaries in Opelika, Alabama and 2 locations in Mexico (Monterrey, Nuevo Leon and Pachuca de Soto, Hidalgo). CL Global LLC has been providing Engineering services since 2010, specializing in providing

*2430 Green Mountain Dr,*
*Braselton, Georgia 30517*




expertise in 3D mechanical design, electrical pneumatic, hydraulic design, PLC, robot programming, metrology, and logistics services to these major companies.

CL Global LLC has formed a strategic alliance with **LX Hausys Ltd**., LG Hausys, the innovative manufacturer of decorative and building materials, whose name has changed to **LX Hausys, Ltd**.

LX Hausys was established in April 2009 by splitting off the industrial materials division from LG Chem. LX Hausys produces building materials and interior materials. The company's products include PVC, aluminum windows, functional glass, flooring, insulation, wallpaper, and artificial marble. Sales are made up of 58% of construction materials and 41% of high-performance materials and parts for interior use.

This company is a globally diversified organization, a spin-off from the LG Group, a South Korean multinational conglomerate known for its advanced consumer electronics, and a myriad of products. designed to link innovation with a better life. LX Hausys is a huge company with sales that went up to $321 Million USD during last year (2020), and sales expected to reach $400 Million USD and $450 Million USD during 2021 and 2022, respectively.

LX Hausys has one location in Georgia (1405 US Highway 41, S, Calhoun, GA 30701) and 14 distribution centers. Use map below for your reference.



*2430 Green Mountain Dr,*
*Braselton, Georgia 30517*

 

**Mr. Sinuhe Cabrera Torres** will be a full-time employee and will be assigned to company LX Hausys Ltd. for the duration of his stay in the United States. He will directly report to **Mr. Jacob Kim**, Human Resources Manager at LX Hausys Ltd. in the United States. T.E.S.S. LLC has a valid $11 Million USD contract + Expenses (housing, transportation, etc…) with LX Hausys on providing staffing services.

LX Hausys Ltd. is excited to offer this unique opportunity and great possibilities to help shape Mr. Cabrera's future.

**Part 2. Position of an Industrial Engineer**

The position offered is professional and specialized in nature and falls within the description or definition of the permitted TN occupations - Engineer - authorized by NAFTA.

As an Industrial Engineer, **Mr. Sinuhe Cabrera Torres** will utilize his academic background in **Industrial Engineering** and his professional background in the field of production and engineering to improve production facilities, reduce the incidence of costly breakdowns, and develop strategies to improve overall reliability and safety of plant, personnel, and production processes.

Main duties will include the following:

- Provide engineering expertise in developing a range of engineering solutions to improve the manufacture of new and existing LX Hausys products.

- Analyze and determine the best equipment setup and process flow for maximizing fabrication of parts within a high-volume manufacturing environment.

- Apply automated solutions for the transfer of materials, components, and finished goods.

- Improve current production processes to manufacture products, using applicable methods and procedures.

- Develop standardized work instructions so operators can perform work safely, with the proper quality, and at the proper time.

- Apply mathematical analysis to determine the validity and reliability of sampling and work statistics.

*2430 Green Mountain Dr,*
*Braselton, Georgia 30517*



- Plan and schedule Manufacturing Orders to be completed promptly by analyzing production capacities and scheduling all orders in the injection machines in a way that minimizes labor while decreasing the lead time to customers.

- Monitor, analyze, and prepare weekly production reports and reports them to the Operations Manager with suggested ideas to improve production efficiencies.

- Support Production engineers and management staff by assisting in daily challenges that occur and by managing inventory and completing projects as required to help control operating expenses.

The duties of the position offered, and the nature of CL Global services require that a candidate possess a bachelor´s degree in Industrial Engineering or a related field, and additional work experience in the manufacturing industry. CL Global requires at least a bachelor's degree, 2/3 experience or its equivalent as minimum requirement for entry into this position. This is also common to the manufacturing industry in parallel positions in similar organizations.

### Part 3. Applicant's Qualification to serve as an Industrial Engineer

**Mr. Sinuhe Cabrera Torres** is well-qualified to fill the position of Industrial Engineer. He obtained a bachelor's degree in Industrial Engineering from the Instituto Tecnologico Superior de Apatzingán in Mexico. In addition, he has over 10 years of engineering experience in related fields and processes, as well as an excellent academic performance.

CL Global believes that **Mr. Sinuhe Cabrera Torres is** qualified for TN status as Industrial Engineer for the following reasons:

- He is a Mexican citizen and is well qualified for the job position offered.
- The employment offered to Mr. Sinuhe Cabrera Torres is at a specialized level.
- He possesses the requisite professional qualifications to perform the duties at a professional level.
- The position offered is temporary, for up to three years in duration.
- He intends to return to Mexico after the proposed assignment.

*2430 Green Mountain Dr,*
*Braselton, Georgia 30517*



**Part 4. Conclusion**

In conclusion, we respectfully request that the U.S. consul grant <u>Mr. Sinuhe Cabrera Torres</u> a TN classification as an Industrial Engineer so he can work temporary in the United States.

In any additional information or documentation is required, please contact this office directly at Tel: +1 770 658 8139. Thank you.

Sincerely,

_____
Raquel Montes
Human Resources Manager
CL Global, LLC.

*2430 Green Mountain Dr,*
*Braselton, Georgia 30517*