# EXHIBIT 5

←     Rv: IMPORTANTE: CONFIRMACION DE CITA CONSULAR

**De:** Jahir Manzo <jmanzo@tessus-mex.com>
**Enviado:** martes, 15 de febrero de 2022 03:28 p. m.
**Para:** cabrera torres <cabrera-1929@hotmail.com>
**Asunto:** IMPORTANTE: CONFIRMACION DE CITA CONSULAR

¡Buen día!
En el presente correo le informo que su cita ya quedó confirmada para el día <u>22 y 23 de Febrero</u>, envío:

1. Nueva hoja de instrucciones (**New Appointment o Appointment**): que deberá imprimir, esta contiene las fechas, dirección, hora e indicaciones de su cita tanto en el Centro de Atención al Solicitante (CAS) así como en el consulado para su entrevista consular.

2. **JOB OFFER LETTER:** Carta oferta que va dirigida hacia el candidato, contiene la firma de la empresa, y en esta se encuentra el título con el que saldrá la Visa, deberá imprimirla a color y presentarla el día de su cita consular. Se utiliza únicamente para efectos del trámite de Visa.

3. **SUPPORT LETTER:** Carta soporte que firma la empresa, esta se encuentra dirigida a la embajada son aproximadamente 4 o 5 páginas que deberán imprimir a color y presentar el día de su cita. Por lo general se encuentra en el mismo PDF que la JOL. Se utilizará únicamente para efectos del trámite de Visa.

4. **Confirmation page:** Es la hoja de confirmación del formato DS – 160, deberá imprimir a color y presentar el día de su cita consular y para el CAS.

5. **Guía de estudio general:** Contiene indicaciones generales sobre la cita, así como preguntas y respuestas de ejemplo tanto en español como en inglés que debe revisar para poder agendar 3 prácticas de entrevista que serán en inglés vía videollamada 3 días antes de su cita consular, **nosotros nos comunicaremos contigo para programarlas.**

6. **Reporte de entrevista consular** en Excel con diferentes rubros que deberá llenar y enviarnos después de la cita consular totalmente en inglés (aunque tu entrevista haya sido en español deberás llenar todo en inglés)

7. **Company profile (opcional):** En algunas ocasiones la empresa envía información adicional, si este archivo se encuentra adjunto en el correo deberá imprimirlo también, si no viene adjunto hacer caso omiso de este archivo ya que no será necesario.

**Deberá revisar todos estos documentos a detalle cuando los reciba y corroborar que toda la información sea correcta.**

Cualquier duda o aclaración externa a las instrucciones ya mencionadas estoy a tus ordenes, abajo está mi información de contacto, puede ser también vía WhatsApp.

Saludos.


--
*Best Regards*

*Jahir Manzo*
**Jr. Specialist**

Skype:
KakaoTalk ID: JahirMV
Cell Phone USA: +1 678 780 6338 (CALLS AND WHATSAPP)

 TESS