# EXHIBIT 7

| No. | Questions | Answers | |
|---|---|---|---|
| 1 | Your full name | | |
| 2 | Company you are aplying for | | |
| 3 | Date of the interview | | |
| 4 | Type of interview (Regular/Emergency Appointment) | | |
| 5 | Time you had your consular interview | | |
| 6 | Time you arrived | | |
| 7 | Time the consular interview started | | |
| 8 | Was it a man or a woman who interviewed you? | | |
| 9 | Could you physically describe the consul? | | |
| 10 | Name of the Consul | | |
| 10 | List the questions that were asked. Add shelds if necessary. Please give as many details as possible | Questions | The answers you gave |
| | | 1. | |
| | | 2. | |
| | | 3. | |
| | | 4. | |
| | | 5. | |
| | | **Add shelds if necessary | |
| 11 | Language the interview was in (en/esp) | | |
| 12 | List the documentation they requested to you (add shelds if necessary) | 1. | |
| | | 2. | |
| | | 3. | |
| | | 4. | |
| | | 5. | |
| | | 6. | |
| | | **Add shelds if necessary | |
| 13 | Final answer (rejected/approved) | | |
| 14 | Reasons why it was rejected (if applies) | | |
| 15 | Date you will receive your VISA | | |
| 16 | Date of your flight (approx) | | |
| 17 | Extra comments (Give a general description about how your interview was) | | |