# EXHIBIT 8

**From:** TESS LLC tessllc589_bqp@indeedemail.com
**Subject:** Re: Ingeniero en area de Producción/mantenimiento/automotriz Ingeniero en área - Pedro Domínguez Balderas applied on Indeed
**Date:** December 10, 2021 at 9:58 AM
**To:** Pedro Domínguez Balderas pedrodominguezb@outlook.com

Pedro Domínguez Balderas mi nombre es Kevin Ramírez, le escribo de la agencia de reclutamiento TESS LLC, la razón por la que me estoy poniendo en contacto con usted es porque se postuló a una de nuestras vacantes.
Le platicare un poco más sobre nosotros, somos una agencia de reclutamiento y trabajamos con varias empresas en Estados Unidos, principalmente relacionadas a la industria automotriz, la mayor parte de nuestros clientes son proveedores de Hyundai y KIA, trabajamos principalmente en estados como Georgia, Alabama y Michigan.

Nuestras vacantes varían, pero van desde vacantes para técnicos o de nivel ingeniería en diferentes áreas relacionadas a la industria automotriz.

Si está interesado;
Para comenzar su proceso es necesario que me comente si tiene:
•Pasaporte vigente con al menos un año y medio de vigencia.
•Título y cédula profesional.
•Inglés conversacional.
•¿Se ha vacuna contra el COVID-19? y de ser así, ¿Cuál vacuna le fue aplicada?

En caso de contar con estos tres requisitos por favor indíqueme en que día y hora de nuestro horario laboral podemos contactarlo, para poder realizar una entrevista vía telefónica, nuestro horario laboral es de Lunes a Viernes de 8:00 am. a 05:00 pm.

**Responder en Indeed**

**¿Posible estafa o fraude?** Denunciar este mensaje a Indeed

Al responder o utilizar la dirección de email indeedemail.com, estás aceptando que esta conversación será procesada y analizada de acuerdo a la Política sobre cookies, Política de privacidad y a las Condiciones del servicio de Indeed.