EXHIBIT 9



**From:** **Kevin Ramirez** kramirez@tessus-mex.com  📎
**Subject:** Fwd: Proceso de Reclutamiento con TESS LLC
**Date:** January 24, 2022 at 4:21 PM
**To:** pedrodominguezb@outlook.com

Adjunto a este correo encontrarás la carta de oferta laboral (JOL - Job Offer Letter) expedida por la empresa.

Te pido de la manera más atenta que imprimas, firmes con **tinta azul**, escanees y nos mandes dicha JOL para continuar con el proceso de Visas **a la brevedad posible**

El proceso no podrá continuar hasta que nosotros obtengamos dicha carta firmada por ti. Una vez concluido este paso, daremos inicio al proceso del trámite de la visa TN. Te recordamos que un pago de **$160 Dólares** será necesario para dicho proceso, los cuales NO son reembolsables dado que se trata de un documento personal.

Te pedimos nos apoyes en agilizar todo el trámite!

--
*Best Regards*

*Kevin Ramirez*
Jr Specialist



The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

TESS - Staffing        Health And
Proposal.pdf         Safety...ire.pdf
70 KB

 

Dear Mr/Miss _____ Date (dd/mm/yyyy): _____

Thank you for taking the time to interview with us for our open positions.

On behalf of TESS, I am pleased to list you the general information to our current positions, that are as following (a job offer letter that will be given during your visa process):

- Your base salary will be $12.00 (hourly).
- One month of support with housing and transportation (it could be shared)
- You will be hired as a full-time employee performing the job duties and responsibilities regarding the position that you applied.
- Insurance will be provided
- Your estimated annual salary will be $35,000 per year.

Your employment is contingent upon a successful background check and drug screen. It is also contingent on this document being signed and returned to TESS.

Accepting the terms of this letter, you agree on being part of a visa counseling which will be given by any of the following companies: TESS, TYJR or CL Global.

This is a proposal letter and not a contract.

If you have any questions, please contact with TESS team at jobs@tessus-mex.com

We look forward to hearing from you. Please indicate your interest by signing below and returning one copy of the letter, with your original signature. We would like you to start your process as soon as possible.

Sincerely,



Guadalupe Flores
Manager of Recruiting team

I am interested in the proposal of employment with TESS. I understand that this is not a contract, nor  a job offer letter.

_____
(Signature) (Date)