# EXHIBIT 10



¡Buen día!
En el presente correo le informo que su cita ya quedó confirmada para el día 04 y 07 de Marzo, envío:

1. Nueva hoja de instrucciones (**New Appointment o Appointment**): que deberá imprimir, esta contiene las fechas, dirección, hora e indicaciones de su cita tanto en el Centro de Atención al Solicitante (CAS) así como en el consulado para su entrevista consular.

2. **JOB OFFER LETTER:** Carta oferta que va dirigida hacia el candidato, contiene la firma de la empresa, y en esta se encuentra el título con el que saldrá la Visa, deberá imprimirla a color y presentarla el día de su cita consular. Se utiliza únicamente para efectos del trámite de Visa.

3. **SUPPORT LETTER:** Carta soporte que firma la empresa, esta se encuentra dirigida a la embajada son aproximadamente 4 o 5 páginas que deberán imprimir a color y presentar el día de su cita. Por lo general se encuentra en el mismo PDF que la JOL. Se utilizará únicamente para efectos del trámite de Visa.

4. **Confirmation page:** Es la hoja de confirmación del formato DS – 160, deberá imprimir a color y presentar el día de su cita consular y para el CAS.

5. **Guía de estudio general:** Contiene indicaciones generales sobre la cita, así como preguntas y respuestas de ejemplo tanto en español como en inglés que debe revisar para poder agendar 3 prácticas de entrevista que serán en inglés vía videollamada 3 días antes de su cita consular, **nosotros nos comunicaremos contigo para programarlas.**

6. **Reporte de entrevista consular** en Excel con diferentes rubros que deberá llenar y enviarnos después de la cita consular totalmente en inglés (aunque tu entrevista haya sido en español deberás llenar todo en inglés)

7. **Company profile (opcional)**: En algunas ocasiones la empresa envía información adicional, si este archivo se encuentra adjunto en el correo deberá imprimirlo también, si no viene adjunto hacer caso omiso de este archivo ya que no será necesario.

**Deberá revisar todos estos documentos a detalle cuando los reciba y corroborar que toda la información sea correcta.**

Cualquier duda o aclaración externa a las instrucciones ya mencionadas estoy a tus ordenes, abajo está mi información de contacto, puede ser también vía WhatsApp.

Saludos.

--
*Best Regards*

*Jahir Manzo*
**Jr. Specialist**

Skype:
KakaoTalk ID: JahirMV
Cell Phone USA: +1 678 780 6338 (CALLS AND WHATSAPP)

Re: PRUEBA ENTREVISTA CONSULAR


Jahir Manzo <jmanzo@tessus-mex.com>
Para  Pedro Dominguez Balderas


miércoles 23/02/2022 03:20 p. m.

muy bien ese dia me comunico con usted, solo una duda mas, ese numero no cuenta con whatsapp? es que lo registro pero no me sale en whatsapp para poder enviarle mensaje


Sender notified by
Mailtrack

El mié, 23 feb 2022 a las 14:49, Pedro Dominguez Balderas (<pedrodominguezb@outlook.com>) escribió:

Si, perdón.

+52 2294397003

**De:** Jahir Manzo <jmanzo@tessus-mex.com>
**Enviado el:** miércoles, 23 de febrero de 2022 02:48 p. m.
**Para:** Pedro Dominguez Balderas <pedrodominguezb@outlook.com>
**Asunto:** Re: PRUEBA ENTREVISTA CONSULAR

Y favor de anexarme un numero celular ya que quise mandarle mensaje via celular pero me decia que no existe el numero, Saludos!

 Sender notified by
Mailtrack

El mié, 23 feb 2022 a las 14:02, Pedro Dominguez Balderas (<pedrodominguezb@outlook.com>) escribió:

Buen día Jahir,

Confirmo de recibido sobre los documentos que enviaste en otro correo.

Estoy disponible entre 11 a.m. y 4 p.m. el 2 de Marzo.

Quedo pendiente, gracias.

Saludos.

**De:** Jahir Manzo <jmanzo@tessus-mex.com>
**Enviado el:** miércoles, 23 de febrero de 2022 08:34 a. m.
**Para:** Pedro Dominguez Balderas <pedrodominguezb@outlook.com>
**Asunto:** PRUEBA ENTREVISTA CONSULAR

Hola que tal, mi nombre es Jahir Manzo de la empresa TESS,

le comento que le acabo de hacer llegar a su correo un paquete de documentos que le serán necesarios para sus entrevistas consulares, favor de revisarlos

El día 02 de marzo estaríamos empezando las pruebas de entrevista, me podría decir a que hora lo puedo encontrar disponible para llamada porfavor? y tambien proporcionarme un numero celular al cual lo puedo llamar

Saludos!

--

*Best Regards*

*Jahir Manzo*

**Jr. Specialist**

Skype:

KakaoTalk ID: JahirMV

Cell Phone USA: +1 678 780 6338 (CALLS AND WHATSAPP)