# EXHIBIT 11

ACTUALIZADA 21-08-2021

# GUIA DE ESTUDIO PARA CITA CONSULAR

Estimado solicitante, en los próximos días será tu cita consular y queremos que vayas lo mejor preparado posible, es por eso que creamos este material de apoyo para resolver las dudas de tu cita consular

Favor de organizar su paquete de documentos de proceso de Visa TN (el cual le llegó a su correo electrónico) antes de acudir a ASC y al Consulado /Embajada de los Estados Unidos como se indica a continuación:

## INDICACIONES PARA CITA EN EL CAS

Por lo general será uno o más días antes de su cita consular o en su defecto el mismo día si se trata de una cita de emergencia, pero debido a la falta de disponibilidad de la embajada se está trabajando con citas regulares en el CAS (Centro de Atención al Solicitante) donde se realizará la toma de fotografía y huellas dactilares, por lo que se recomienda lo siguiente:

- Llegar de manera puntual, de preferencia 20 minutos antes para evitar filas.

- Vestir de Manera formal, recuerda que te tomaran la fotografía que estará impresa en tu visa.

- Lleva contigo los documentos siguientes:

    1. Hoja de instrucciones "New Appointment" (Donde vienen sus fechas de citas en la embajada)

    2. Hoja de confirmación del formato DS160 (Confirmation page tiene la leyenda: "Photo will be taken" y trae un código de barras)

ACTUALIZADA 21-08-2021

3. Su pasaporte original y visa (si cuenta con una), incluso si está vencida.

4. Recibo de pago original de su visa (baucher del banco y el formato con el que pagaron)

5. Identificación oficial en original que contenga fotografía.

6. Job offer Letter (Impresion a color)

7. Support letter (Impresion a color)

# INDICACIONES PARA CITA EN LA EMBAJADA (ENTREVISTA CONSULAR)

## *Antes de la entrevista*

Será después de tu cita en el CAS, tendrás que acudir a la embajada cuya dirección se encuentra en el documento llamado 'Appointment', aquí in agente consular tendrá una entrevista presencial contigo en la cual decidirá si tu visa es aprobada o rechazada, por lo que se recomienda lo siguiente:

- Llegar de manera puntual, de preferencia 30 minutos antes para evitar filas.

- No lleves objetos metálicos (hebillas grandes, collares, pulseras, etc.)

- No podrás ingresar con tu teléfono celular, si alguien te acompaña deberá resguardar tu celular hasta que salgas o en su defecto en la mayoría de los consulados hay establecimientos afuera donde pueden resguardar tus pertenencias hasta que salgas de tu cita consular

- Vestir de Manera formal, recuerda que serás entrevistado por una autoridad consular y la impresión y profesionalismo que reflejes es muy importante.

ACTUALIZADA 21-08-2021

- Lleva contigo los documentos siguientes que se enviaron previamente por correo y ordénalos como se enlistan:

    1. Hoja de instrucciones "New Appointment" (Donde vienen sus fechas de citas en la embajada), por lo general la sellan y rubrican en la cita del CAS.

    2. Hoja de confirmación del formato DS160 (Confirmation page tiene la leyenda: "Photo will be taken" y trae un código de barras), por lo general la sellan y rubrican en la cita del CAS.

    3. Pasaporte original.

    4. Job offer Letter (Impresion a color).

    5. Support Letter (Impresion a color)

    6. Titulo original (si tu titulo es muy grande, lleva una reducción a color, de buena calidad y de preferencia en hoja opalina)

    7. Cedula profesional original (si tu cedula es electrónica deberás imprimirla a color y de buena calidad, de preferencia en hoja opalina)

    8. Curriculum en ingles actualizado de acuerdo a las indicaciones de quien lleva tu proceso.

    9. Company profile (solo si la empresa lo proporciono), OPCIONAL.

    10. Recibo de pago original de su visa (baucher del banco y el formato con el que pagaron)

    11. Visa (si cuenta con una), incluso si está vencida.

    12. Si eres casado lleva una copia de tu acta de matrimonio: sirve como comprobante de que tienes motivos para regresar a tu país.

ACTUALIZADA 21-08-2021

> 13. Si tienes hijos lleva una copia de su acta de nacimiento: sirve como comprobante de que tienes motivos para regresar a tu país.

## *Durante la entrevista.*

Cada agente consular se encuentra en una ventanilla, por lo que deberás permanecer formado hasta que te asignen una. Durante tu entrevista consular las recomendaciones son las siguientes:

- Llega con seguridad y confianza ante el cónsul, evita ponerte nervioso durante la entrevista.

- Se amable con el agente consular, una actitud arrogante puede provocar una negación de visa.

- Entrega solo los documentos que te vaya pidiendo en cónsul, no des todos en un inicio, es necesario que lleves bien identificados cada uno de estos documentos.

- Llega saludando al agente consular en español, esto generara mayor confianza durante la entrevista.

- Se claro y conciso en tus respuestas, el cónsul tratara que tu entrevista sea lo más rápida posible así que no des explicaciones tan largas.

- Existe 50% de probabilidad de que tu entrevista sea en español, por lo que deberás preparar respuestas a las preguntas mas comunes que se enlistan a continuación.

    o *¿Quién es su empleador en Estados Unidos?* R.

    o *¿Dónde está ubicada la empresa?* R. Ubicación con calle, ciudad y estado, esta ubicación se proporcionará ante cualquier pregunta relacionada a direcciones en estados unidos

ACTUALIZADA 21-08-2021

- *¿A qué se dedica la Empresa?* R. En la primera parte de la Support Letter viene la descripción de la empresa.

- *¿Cuál será su posición laboral?* R. Se encuentra en su Job offer letter y en la Support Letter que se le envio por correo

- *¿Cuáles son sus actividades de trabajo a realizar?* R. Se encuentran en la support letter en la parte numero 2, se deben mencionar de 4 a 5 actividades de manera resumida

- *¿Por qué está calificado el solicitante?* R: porque tengo un título académico (técnico o de ingeniería) ya que es la principal razón por la que estas calificado para este tipo de visa, y adicional a eso agrega la experiencia que consideres necesaria.

- *¿A qué te dedicas aquí en México? ¿Cuáles son tus actividades en tu actual empleo?* R: en esta respuesta debes dejarle claro al agente consular que lo que haces en tu actual trabajo está relacionado con lo que vas a ir a hacer a la empresa que te está contratando.

- *¿Cuáles son los términos de sueldo?* R: sueldo anual $ _____ dlls

- *¿Por cuánto tiempo estará trabajando?* R: de uno a tres años, ya que es la vigencia máxima que tiene este tipo de Visa y después regreso a México.

- *¿Planea quedarse a vivir a en Estados unidos?* PREGUNTA TRAMPA. R: no, solo quiero ir a adquirir experiencia en mi carrera y trabajo y regresar con mi familia y conseguir un mejor empleo en mi país.

- *¿Si le extendieran su visa, le gustaría quedarse más tiempo?* PREGUNTA TRAMPA. R: no, solo quiero ir a adquirir experiencia en mi carrera y trabajo y regresar con mi familia y conseguir un mejor empleo en mi país.

ACTUALIZADA 21-08-2021

- Existe 50% de probabilidad de que tu entrevista sea en inglés, por lo que deberás preparar respuestas a las preguntas más comunes que se enlistan a continuación.

    - *What type of Visa are you applying for?* ANSWER= I'm Applying for a TN VISA

    - *Who is the US Employer?* The employer is…

    - *Where is the Company located?* (Address) The company is in…// The address of the company is…

    - *What does the company do?* The company does…

    - *What will be your job tittle or job position?* My job position will be…// I will work as….

    - *What will be your daily job duties or main activities?* My daily job duties will be…

    - *Why are you qualified for this position?* I'm qualified because I have s degree in ____ also, I have the necessary experience to work there because _____

    - *Where you work actually and what are your activities?* I´m working in _____ and in this job my activities are_____

    - *What are the terms of compensation or what will be your annual salary?* My annual salary will be $____ USD per year // I will earn $____ USD per year.

    - *How long is the assignment? Or: How long are you planning to stay in the United States?* I'm planning to stay there FROM 1 TO 3 YEARS // NO MORE THAN 3 YEARS.

ACTUALIZADA 21-08-2021

## *Después de la entrevista.*

Al finalizar las preguntas se tomará en cuenta lo siguiente:

- El agente consular te indicara la decisión y los motivos:

    - VISA PROBADA

    - VISA RECHAZADA

    - PROCESO ADMINISTRATIVO: Se notificará después la decisión consular, poner especial atención a las indicaciones ya que en algunas ocasiones requieren envio de documentos.

- Debido a los procesos de otorgamiento de Visa, el Cónsul podría retener su pasaporte original por una semana, antes de que lo regresen junto con la visa nueva.

- Deberás notificar a tu asesor la decisión consular de manera inmediata.

- El Cónsul le informará directamente cuándo será enviada su visa y cuándo la podrá recoger junto con su pasaporte, en alguna oficina de DHL.

- Enviar a su asesor el reporte de entrevista consular en formato Excel que se le hizo llegar en el correo de su confirmación de cita consular.

- Su asesor le enviara la guía de DHL para recoger su visa.

- Recibirá su visa en la sucursal de DHL en aproximadamente 5 a 7 días.

ACTUALIZADA 21-08-2021

# INDICACIONES PARA EL VIAJE (MIGRACION)

Después de obtener tu visa físicamente tienes aproximadamente 3 o 4 días para viajar de acuerdo a las indicaciones de tu asesor y deberás considerar lo siguiente:

- Reservar tu vuelo con la mayor anticipación posible, de preferencia sin escalas en USA.

- Notificar si se desea viajar en auto propio para recibir indicaciones específicas de llegada.

- Enviar a tu asesor tu confirmación de vuelo en pdf

- Considerar los requisitos sanitarios de la aerolínea y aeropuertos.

- Considerar los requisitos para entrar al país.

- Levar contigo los mismos documentos que a tu cita consular. NADA MAS.

- A su llegada un inspector de Inmigración en el aeropuerto podrá hacer inspección al azar (30% de las veces aproximadamente), y podrá solicitarle que le muestre sus documentos (SOLO MOSTRAR LOS MISMOS DE LA CITA CONSULAR). Para estar preparado para tal evento, DEBERÁ PORTAR SU VISA, NO LOS ENVÍE CON SU EQUIPAJE.

- Es posible que en esta inspección se realice una segunda entrevista donde te preguntaran de manera similar a la entrevista consular, por lo que debes ir preparado para contestar.

- Durante esta inspección se puede hacer una revisión de los objetos personales, por lo que se recomienda cerrar sesión de correo en tu teléfono y eliminar conversaciones donde hables sobre tu proceso, incluyendo amigos, familiares, reclutador y asesor del tramite de visa, así evitaras que te cuestionen y será más rápido tu filtro.

ACTUALIZADA 21-08-2021

- Tome en cuenta que todas las Visas TN que expide el Cónsul, tienen vigencia de un año, por lo que la podrá utilizar para entrar a Estados Unidos durante un año; aun cuando el empleador haya declarado que lo va a emplear por tres años, ese dato no se puede poner en su visa, por lo que un inspector en el aeropuerto le podrá otorgar un permiso por los tres años con una autorización tipo I-94, (Es el sello que le ponen a su pasaporte al llegar). Solamente solicite al inspector en el aeropuerto por un periodo de 3 años en su forma I-94, en caso de no acceder este sello tendrá vigencia de solo un año y se deberá renovar al termino de este periodo junto con su visa.

Al llegar a EUA con personal de la empresa su proceso con nosotros quedará finalizado y todo será directamente con su empleador.

¡Le deseamos una grata experiencia y gran éxito en su entrevista!