# EXHIBIT 12

 

February 01th, 2022

Mr. Pedro Dominguez Balderas
███████, Veracruz
91777, Mexico

Dear Mr. Pedro Dominguez Balderas

    I am pleased to offer you employment as an Industrial Engineer at the CL Global, LLC. We are satisfied with your academic background and professional knowledge. We believe that you will be a valuable asset to the growth of this company´s business in the U.S. Per our agreement, the terms and conditions of your employment shall be as the following:

- Job Title:     Industrial Engineer
- Employment Period:     Up to three years from February 01th, 2022, but contingent upon the approval of TN-2 petition by the U.S.
- Annual Salary:     $35,000.00 (Full time) + Overtime
- Other Benefits:     Two months of housing and transportation.

In any additional information or documentation is required, please contact this office directly at Tel: +1 770 658 8139. Thank you.

Sincerely,

*[signature]*

Raquel Montes
Human Resources Manager
CL Global, LLC.

*2430 Green Mountain Dr,*
*Braselton, Georgia 30517*