# EXHIBIT 14

**From:** Karla Naves <knaves@tessus-mex.com>
**Sent:** Tuesday, March 22, 2022 14:42
**To:** roque.asael@hotmail.com <roque.asael@hotmail.com>; obriones_86@icloud.com <obriones_86@icloud.com>; pedrodominguezb@outlook.com <pedrodominguezb@outlook.com>; angeluz2099@hotmail.com <angeluz2099@hotmail.com>; jesusnmunoz@hotmail.com <jesusnmunoz@hotmail.com>; jesusruvalcabalopez@gmail.com <jesusruvalcabalopez@gmail.com>; antonio.08.gut@gmail.com <antonio.08.gut@gmail.com>; motterodrigo@gmail.com <motterodrigo@gmail.com>; jcmedina071094@gmail.com <jcmedina071094@gmail.com>
**Subject:** Cultura Laboral coreana

Hola a todos,

Muchas gracias por su tiempo hoy, en este correo se encuentra la presentacion que tendremos el dia de hoy, ademas y un archivo con informacion extra y tambien algunos link de video y paginas que espero les sean útiles.

Cualquier duda que tengan respecto a la cultura laboral coreana que tengan en el futuro, por favor duden en contactarme.

Les deseo muy bien viaje y mucho exito en su nuevo trabajo.

- · https://www.wabasi.com/blog/vocabulario-coreano-todo-lo-que-necesitas-saber/
- · https://www.evaneos.es/corea-del-sur/viajes/vocabulario-util/
- · https://www.youtube.com/watch?v=zFXh4JRemKU
- · https://www.youtube.com/watch?v=FX5N-RSviQka

--
*Best Regards*





The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential, and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction, or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

Korean for     CULTURA
LX.pdf           COREANA.pdf





# KOREAN CULTURE

## FOR BUSINESS







# Age and Hierarchy

**Age** is very important in Korean culture.

## But Why?



Age is important to locate somebody's place in the social hierarchy

Hierarchy affects all aspects of social interactions including **BUSINESS**. Everyone has a role in society as a result of it - therefore it is vital to respect it.



**Daily Life** ⟷ **Business**





# Etiquette at the work place

## Everything with 2 hands

When giving or receiving anything, like a report, a business card, a cup, a book it's good manners to do it with both hands.

or pass and receive objects with your right hand (supported by the left hand at the wrist or forearm)







# Greeting

Usually, bows are used to show both greeting and respect to senoirs.

The junior person initiates the bow, bending from the waist to an angle of between 30 and 45 degrees from vertical.

Greet the highest status individual first, followed by the oldest when meeting a group.









A great deal of relationship building takes place in bars and restaurants.

Here are some tips
to have
a successful dinner…



Dinning Etiquette





Unless your hosts raises it first, discussing business during a meal

When arriving at the restaurant for your business meal, wait to be shown to your place.

The eldest or most senior member of the party hosts the meal, and they determine the seating order.

The seat facing the door is considered to be the most important place and it's generally reserved f or the most senior person.

TESS



# In most scenarios, the host selects the food for everybody

The most senior person starts eating first, and the business meal lasts until they've finished.

Since most dishes are placed in the middle of the table to be shared, it's common to serve others first.

The eldest or most senior diners are always served first.

When passing a dish, use both hands, or you're right hand supported by your left at the elbow.



# Learning Korean



If you truly want to impress your Korean business partners, you should learn Korean.
Even a few words can already make a positive impression.
Learning a foreign language shows loyalty and appreciation.

- **안녕하세요** (an-nyeong-ha-se-yo) = hello
- **감사합니다** (gam-sa-ham-ni-da) = thank you
- 주세요 (ju-se-yo) = please
- 천만에요 (cheon-man-e-yo) = you're welcome
- 네 (ne) / 예 (ye) = yes
- 아니오 (a-ni-yo) = no

https://ling-app.com/ko/basic-words-and-phrases-in-korean/







**CULTURA COREANA**

Cómo nos comportamos en el trabajo, como tratemos a nuestros jefes y compañeros es de suma importancia en cualquier lado, sin embargo lo que puede ser considerado como apto, respetuoso o desconsiderado y mal educado puede variar dependiendo de la cultura laboral de cada país.

Los Coreanos tienen una cultura laboral diferente a la nuestra y que en algunos casos puede llegar a parecernos un tanto rigida, en especial por ciertas actitutes y "cortesías" que deben dejar de ser tomandas en cuenta, de otro modo pueden malintrepertarse nuestras acciones y llegar a ser consideradas como mal educadas o faltas de respeto, que por supuerto afecta nuestro desempeño a los ojos de los jefes o de los demas compañeros de trabajo.

Estos son algunos consejos que pueden parecer muy simples, pero que sin duda pueden ayudar a que la primera interaccion sea mas amena:

1. Algunas frases en coreano pueden hacer la diferencia: Sabemos que aprender coreano es complicado, pero aprender algunas palabras demuestra interes en su cultura y sobre todo **respeto.**
   Nuestro **Presidente Mr. Cho** y el **Director Mr. Park** (quien estara mas en contacto con ustedes) apreciaran mucho su interes y sin duda causara una buena primera impresión.

   **안녕하세요 (an-nieong-ja-se-io) = Hola, buenos días.**

   **감사합니다 (gam-sa-jam-ni-da) = Gracias.**

   **주세요 (chu-se-io) = Por favor.**

   **천만에요 (cheon-man-e-io) = De nada.**

   **네 (ne) / 예 (ie) = Si**

   **아니오 (a-ni-io) = no**

   A continuacion hay algunos link de paginas y videos que considero que les serán de ayuda para aprender algunas palabras basicas.

   - https://www.wabasi.com/blog/vocabulario-coreano-todo-lo-que-necesitas-saber/
   - https://www.evaneos.es/corea-del-sur/viajes/vocabulario-util/
   - https://www.youtube.com/watch?v=zFXh4JRemKU
   - https://www.youtube.com/watch?v=FX5N-RSviQk

2. **¿Como referirse a los demas?** Este es un punto de suma importancia, Corea al tener una cultura jerarquica el uso de honorificos es muy comun y es de vital importancia respetar el rango de los demas al momento de dirigirse a ellos. La edad tambien es un factor determinante al momento de definir como será la interaccion con alguien mas.
   Generalmete a la personas con más edad se le habla de la forma mas formal.

En el ambiente laboral lo mas comun es llamar a las personas por su posicion en el empresa y la terminacion "Nim".

Por ejemplo:

**Nuestro Presidente Mr. Cho**, para referirnos a el sería:

**사장님 (sa-yang-nim)= Dueño de la compañia**

3.    **¿Como saludar?** El saludo tambien es diferente, como en la mayoria de los paises asiaticos una reverencia es el saludo mas comun, en algunas ocaisides un aprenton de manos tambien es ultizado, pero unicamente si ellos toman la iniciativa, de otra manera la reverencia es la decision mas segura al momento de saludar a alguien.



4.    **Entregar todo con 2 manos.** Parte de la normas de educacion que hay en Corea es el dar y recibir cosas con las 2 manos. Para entegar documentos,reportes o tarjeta de presentacion de algun tipo se recomienda siempre entregarlo con las 2 manos.



5.      **La puntualidad.** La puntialidad en la cultura Coreana es muy importante. La puntualidad en Corea no solo demuestra tu compromiso con el trabajo si no que tambien el respeto que tienes por los demas al no desperdiciar su tiempo llegando tarde.


6.      "Pali Pali" o la cultura rapida de Corea. Una expresion muy comun en la socidad coreana, que significa "Mas rapido o apurate". Tanto en la vida cotidiana como en la vida laboral, los coreanos estan acostumbrados a un ritmo de vida rapido. En el trabajo esto influye en que se esperan resultados los mas pronto posible o respuestas inmediatas.