# EXHIBIT 15

**~Alethia Cadenas**  +1 (678) 725-3311

Buenos días chavos,

Me comentan que ya salieron, vayan al hotel o al Walmart si tienen cosas que comprar y al rato a las 4 nos vemos en mi oficina para llenar unos documentos

09:25

Igual mándenme foto de su tarjeta que les dieron en LX, donde viene sus shit y línea de producción

09:25

**~MOTTE**  +52 287 145 6929



**Assignment Information Card**
Name: Rodrigo Cortos Motte
Badge #: 6001336
Agency: TESS
Plant: VTI
Job Title: Mould Processor
Shift: 3rd
Report Date: 3/25/22
Report to ASL: Henry Jackson
Report to SL: Justin Snipes

09:44

**Jesús Nuñez**

**Assignment Information Card**
Name: Jose de Jesus Nunez Munoz
Badge #: 6001333
Agency: TESS
Plant: VTI
Job Title: Mould Processor
Shift: 2nd







**~Alethia Cadenas**    +1 (678) 725-3311

12:56

~ Alethia Cadenas changed this group's icon

**~Alethia Cadenas**    +1 (678) 725-3311






29 Mar 2022

**~MOTTE**    +52 287 145 6929

En cuanto puedas @~Alethia Cadenas nos pasas el.numero para lo de la cita



09:50 ✓✓

**Chuyin**



09:50

~Alethia Cadenas    +1 (678) 725-3311
@~Antonio @~Medina @Roque sus tarjetas igual

10:29

12:41 ·ıll 3G

< 4  **Arrival March 22th**
Chuyin, Jesús, Angel Osorio...

**~MOTTE**     +52 287 145 6929

En cuanto puedas @~Alethia Cadenas nos pasas el.numero para lo de la cita del social security   12:06

**~Alethia Cadenas**     +1 (678) 725-3311
↱ Forwarded

Buen día estimados. Les solicito que por favor agenden su cita para obtener su Social security number. Les van a preguntar su nombre completo. First name, middle name y last name, birth day, arrival date, company name:CL Global LLC. Pueden llamar de 9am a 4pm y agendar para un día que descansen o que se ajuste a sus horarios   13:12

**~Alethia Cadenas**     +1 (678) 725-3311
↱ Forwarded



Social Security Administration - Phone Service Only · 480 Rive...
★★★☆☆ · Social security office
goo.gl

Social Security Administration - Phone Service Only
(866) 964-1006
https://goo.gl/maps/aCCjFtySWrLKuFjFA   13:12

↱ Forwarded

Si les preguntan la dirección de la empresa. Dan la de la oficina: 100 Claras way, apartment 15, Calhoun, GA, zip code:30701

12:42 .ıll 3G

< 4   **Arrival March 22th**
Chuyin, Jesús, Angel Osorio...

2 Apr 2022

**~Fer Tess**   +1 (678) 630-9440
Que tal muchachos. Estoy en el red roof entregando documentación para su cita
16:02

Ando en el lobby   16:06

**~MOTTE**   +52 287 145 6929
Dos min llego ahi   16:07

12 Apr 2022

**~Alethia Cadenas**   +1 (678) 725-3311
Buenos días Inges,

Solo para comentarles que ya llegaron sus SSN,

Excepto para Jesús @Chuyin y Rodrigo @~MOTTE
11:10

**~Alethia Cadenas**   +1 (678) 725-3311



 **Arrival March 22th**
Chuyin, Jesús, Angel Osorio…

> Buen dia a todos,
>
> Recuerden que esta semana tienen que agendar su cita para la semana que viene
> 13:12

**~Alethia Cadenas**  +1 (678) 725-3311
↪ Forwarded

> 3. The candidate must attend to his appointment with the next documents
> - VISA
> - Passport
> - Job offer letter
> - Support letter
> - I94
> - Certificate of employment
> - Form SS-5 (example)
> 13:12

**~MOTTE**  +52 287 145 6929

> 3. The candidate must attend to his appointment with the next documents
> - VISA
> - Passport
> - Job offer letter
> - Support letter
> - I94
> - Certificate of employment
> - Form SS-5 (example)
>
> Y esos como.los conseguimos   13:21

**~Alethia Cadenas**  +1 (678) 725-3311

> Los últimos 3 yo se los paso en estos días
> 13:37



12:41 .ıll 3G

 

< 4   **Arrival March 22th**
Chuyin, Jesús, Angel Osorio...

**Jesús Nuñez**



10:34

**~Alethia Cadenas**          +1 (678) 725-3311



12:35

Buenas tardes,

Nos vemos a las 4 en la oficina para llenar los documentos que les había comentado

Gracias                                               12:56

**~Alethia Cadenas**          +1 (678) 725-3311

  

**Arrival March 22th**
Chuyin, Jesús, Angel Osorio...

~Alethia Cadenas +1 (678) 725-3311
Si 👍
11:12

Jesús Nuñez
Vientos! 11:12

Jesús Nuñez



11:12

~Alethia Cadenas +1 (678) 725-3311
Jajaja
11:14

Roque
Ok muchas gracias 15:25

~Alethia Cadenas +1 (678) 725-3311
Oscar les va a pasar sus SSN, ya los trae con el 👍
16:15

~Angel Osorio Cervantes +52 222 451 1316
Gracias 👍👍👍
16:16

Roque
Entendido 16:16

~Angel Osorio Cervantes +52 222 451 1316
Recibido, muchas gracias

12:42   .ıll 3G

< 6   **Arrival March 22th**
Chuyin, Jesús, Angel Osorio...

**~Angel Osorio Cervantes**   +52 222 451 1316
Recibida, muchas gracias   16:33

**~Antonio**   +52 55 2913 4222
Recibido gracias   16:43

**Roque**
Recibido gracias   16:57

17 May 2022

~Alethia Cadenas left

19 May 2022

~Antonio left

Roque left

**~Fer Tess**   +1 (678) 630-9440
Buenas tardes muchachos, para informarles que el día domingo 22 deben hacer check out del hotel antes de las 11am   13:31

2 Aug 2022

~Fer Tess left

8 Sep 2022



**~Alethia Cadenas**   +1 (678) 725-3311

En sus casos Jesús y Rodrigo, vamos a esperar esta semana para que lleguen, si no llegan tendrán que llamar para ver qué onda, suele pasar este problema, pero con la llamada procesan sus SSN

**Jesús Nuñez**
Podemos pasar ahora mismo por nuestro sobre ?

🙈

**Arrival March 22th**
Chuyin, Jesús, Angel Osorio...

~ Angel Osorio Cervantes +52 222 451 1316

> ~ Alethia Cadenas +1 (678) 725-3311
> Los últimos 3 yo se los paso en estos días

Ok 13:38

31 Mar 2022

~ Medina +52 777 384 1329



18:19

~ Medina +52 777 384 1329



18:19

12:42 .ill 3G

< 6  **Arrival March 22th**
      Chuyin, Jesús, Angel Osorio...

**Chuyin**
No has ido a Mexico ni una vez tocayo
20:46

? 20:46

~MOTTE  +52 287 145 6929
> **Chuyin**
> Quien sobrevive

🙋‍♂️

20:48

**Chuyin**
Cómo le va aún sigue ahí en Lx?   20:50

~MOTTE  +52 287 145 6929
> **Chuyin**
> Cómo le va aún sigue ahí en Lx?

Así es   20:50

Todavia  20:51

~MOTTE  +52 287 145 6929
> **Chuyin**
> Cómo le va aún sigue ahí en Lx?

A ti como te va   20:51

**Chuyin**
También bien Gracias a Dios   20:52

12:42 .ıll 3G

< 6  **Arrival March 22th**
Chuyin, Jesús, Angel Osorio...

**Chuyin**
Quien sobrevive  20:14

**Jesús Nuñez**



20:16

**Jesús Nuñez**
Qué hay tocayo  20:16

✌🏽 ☺️

20:16

**Chuyin**
Jeje cómo has estado tocayo?  20:19

Aún sigues en Lx  20:19

**Jesús Nuñez**
Desafortunadamente si  20:29

😔

20:29

**Chuyin**

12:42 .ıll 3G

< 6  **Arrival March 22th**
Chuyin, Jesús, Angel Osorio...

**Chuyin**
Cómo le va aún sigue ahí en Lx?

Así es   20:50

Todavia   20:51

~MOTTE   +52 287 145 6929

**Chuyin**
Cómo le va aún sigue ahí en Lx?

A ti como te va   20:51

**Chuyin**
También bien Gracias a Dios   20:52

Ya les aumentaron de feria   20:52

**Jesús Nuñez**
No, aún todo igual   22:52

22 Mar 2022

You were added

25 Sep 2022

~WhatsApp left

17 Nov 2022

~Medina left