# EXHIBIT 16

**CL GLOBAL LLC**
Engineering Consulting Company

# Certificate of Employment

**Private & confidential**

April 1st, 2022

**Employment reference for Pedro Dominguez Balderas**

The following are the details of employment of **Pedro Dominguez Balderas** with our company as **Industrial Engineer:**

**Start Date:**　　　　　　　　　　　　　March 24th, 2022

Please note it is our policy to only provide this basic information for employment reference purposes.

You will appreciate that whilst we are happy to provide this reference for your own private information, we do not accept any responsibility or liability of any sort in connection with the information, which it contains.

Yours sincerely,
Fernando Garcia
HR Manager



The information transmitted by this document is intended only for the person or entity to which it is addressed. This document may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this document, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this document is strictly prohibited.

 For: **PEDRO DOMINGUEZ BALDERAS**


**U.S. Customs and Border Protection**
Securing America's Borders

## Most Recent I-94

**Admission (I-94) Record Number:** ▊
**Most Recent Date of Entry:** 2022 March 23
**Class of Admission:** TN
**Admit Until Date:** 03/22/2023
**Details provided on the I-94 Information form:**

| | |
|---|---|
| Last/Surname: | DOMINGUEZ BALDERAS |
| First (Given) Name: | PEDRO |
| Birth Date: | ▊ |
| Document Number: | ▊ |
| Country of Citizenship: | Mexico |

[ Get Travel History ]

► Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

► If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

► Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

OMB No. 1651-0111
Expiration Date: 03/31/2022

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

Privacidad - Condiciones

Form SS-5 (11-2019) UF
Discontinue Prior Editions
SOCIAL SECURITY ADMINISTRATION

Page 5 of 5
OMB No. 0960-0066

## Application for a Social Security Card

| 1 | NAME TO BE SHOWN ON CARD | First: Pedro | Full Middle Name: | Last: Dominguez Balderas |
|---|---|---|---|---|
| | FULL NAME AT BIRTH IF OTHER THAN ABOVE | First | Full Middle Name | Last |
| | OTHER NAMES USED | | | |

2. Social Security number previously assigned to the person listed in item 1

3. PLACE OF BIRTH (Do Not Abbreviate) — City: Veracruz — State or Foreign Country: Mexico — Office Use Only FCI

4. DATE OF BIRTH MM/DD/YYYY: [redacted]

5. CITIZENSHIP (Check One):
   - ☐ U.S. Citizen
   - ☒ Legal Alien Allowed To Work
   - ☐ Legal Alien Not Allowed To Work (See Instructions On Page 3)
   - ☐ Other (See Instructions On Page 3)

6. ETHNICITY — Are You Hispanic or Latino? (Your Response Is Voluntary): ☐ Yes ☐ No

7. RACE Select One or More (Your Response is Voluntary):
   - ☐ Native Hawaiian
   - ☐ American Indian
   - ☐ Other Pacific Islander
   - ☐ Alaska Native
   - ☐ Black/African American
   - ☐ White
   - ☐ Asian

8. SEX: ☒ Male ☐ Female

9. A. PARENT/MOTHER'S NAME AT HER BIRTH — First: [redacted] Full Middle Name: Last: [redacted]
   B. PARENT/MOTHER'S SOCIAL SECURITY NUMBER (See instructions for 9B on Page 3): ☒ Unknown

10. A. PARENT/FATHER'S NAME — First: [redacted] Full Middle Name: Last: [redacted]
    B. PARENT/FATHER'S SOCIAL SECURITY NUMBER (See instructions for 10B on Page 3): ☐ Unknown

11. Has the person listed in item 1 or anyone acting on his/her behalf ever filed for or received a Social Security number card before?
    ☐ Yes (If "yes" answer questions 12-13) ☒ No ☐ Don't Know (If "don't know," skip to question 14.)

12. Name shown on the most recent Social Security card issued for the person listed in item 1 — First / Full Middle Name / Last

13. Enter any different date of birth if used on an earlier application for a card — MM/DD/YYYY

14. TODAY'S DATE MM/DD/YYYY

15. DAYTIME PHONE NUMBER — Area Code / Number

16. MAILING ADDRESS (Do Not Abbreviate)
    Street Address, Apt. No., PO Box, Rural Route No.: 100 Claras Way - Apt. 15
    City: Calhoun
    State/Foreign Country: GA
    ZIP Code: 30701

17. I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.
    YOUR SIGNATURE [signed]

18. YOUR RELATIONSHIP TO THE PERSON IN ITEM 1 IS:
    ☒ Self ☐ Natural Or Adoptive Parent ☐ Legal Guardian ☐ Other Specify ___

DO NOT WRITE BELOW THIS LINE (FOR SSA USE ONLY)

| NPN | | | DOC | NTI | CAN | ITV |
|---|---|---|---|---|---|---|
| PBC | EVI | EVA | EVC | PRA | NWR | DNR | UNIT |

EVIDENCE SUBMITTED

SIGNATURE AND TITLE OF EMPLOYEE(S) REVIEWING EVIDENCE AND/OR CONDUCTING INTERVIEW

DATE

DCL         DATE