# EXHIBIT 17

## CONSENT TO SUE

I hereby agree and consent to be a party plaintiff in the collect action lawsuit on behalf of myself and other similarly situated employees against Defendants LX HAUSYS AMERICA, INC, CL GLOBAL, LLC, and TOTAL EMPLOYEE SOLUTION SUPPORT, LLC, and other related individuals and/or businesses for alleged violations of the Fair Labor Standards Act. I designate and authorize Beal Sutherland Berlin & Brown LLC, Radford Scott, LLP, and Hall & Lampros, LLP, to represent me for purposes of this lawsuit. I also consent and agree to be bound by any judgment by the Court.

## CONSENTIMIENTO PARA DEMANDAR

Por la presente acepto y doy mi consentimiento para ser parte demandante en la demanda de acción colectiva en mi nombre y en el de otros empleados en situaciones similares contra los Demandados LX HAUSYS AMERICA, INC, CL GLOBAL, LLC, and TOTAL EMPLOYEE SOLUTION SUPPORT, LLC,  y otras personas y/o empresas relacionadas por presuntas violaciones de la Ley de Normas Laborales Justas. Designo y autorizo a Beal Sutherland Berlin & Brown LLC, Radford Scott, LLP y Hall & Lampros, LLP, para que me representen a los efectos de esta demanda. También doy mi consentimiento y acepto estar obligado por cualquier sentencia del Tribunal.

Full Name:  Sinuhe Cabrera Tor
_____

Signature:
_____

Date:  03 / 19 / 2024
_____