# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SINUHE CABRERA TORRES and PEDRO DOMINGUEZ BALDERAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LX HAUSYS AMERICA, INC.; CL GLOBAL, LLC; and TOTAL EMPLOYEE SOLUTION SUPPORT, LLC.<br><br>Defendants. | CIVIL ACTION FILE NO.:<br><br>1:24-cv-01283-MLB-RDC |

## JOINT STATUS REPORT AS TO SETTLEMENT

Pursuant to this Court's August 21, 2024 Order (Doc. 63), the parties file this joint status report. On October 24, 2025, the Parties conducted a mediation of this case before Chris Parker, mediator. As a result of that mediation, the Parties reached a class settlement agreement. The Parties are undertaking to prepare the appropriate documentation to complete the class settlement and present the settlement to the Court for approval. The Parties anticipate that they will be in a position to finalize and submit settlement, notice, and request for approval documents to the Court within sixty to ninety days.

63494976 v1

s/ Michael L. Lucas
Michael L Lucas (*pro hac vice*)
Ingu Hwang
Allison Hawkins (*pro hac vice*)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
mlucas@burr.com
ihwang@burr.com
ahawkins@burr.com

s/ Jon M. Gumbel
Jon M. Gumbel
Georgia - GA Bar #315195
BURR & FORMAN LLP
1075 Peachtree Street NE
Suite 3000
Atlanta, GA 30309
T (404) 815-3000
F (404) 817-3244
jgumbel@burr.com

*Attorneys for Defendant*
*LX Hausys America, Inc.*


/s/Chan M. Ahn
Chan M. Ahn
Georgia Bar No. 317832
AHN LAW FIRM, LLC
2180 Satellite Blvd., Suite 400
Duluth, GA 30097
T (770) 239-1773
chan@ahnlawfirmllc.com

*Attorney for Defendants*
*Total Employee Solution Support,*
*LLC and CL Global, LLC*

63494976 v1

s/ Brian J. Sutherland
Brian J. Sutherland
Georgia Bar No. 105408
brian@beal.law
Rachel Berlin Benjamin
Georgia Bar No. 707419
rachel@beal.law
BEAL SUTHERLAND BERLIN &
BROWN LLC
945 East Paces Ferry Rd NE
Suite 2000
Atlanta, GA 30326
T (404) 476-5305

Christopher Baker Hall
Hall & Lampros, LLP
300 Galleria Pkwy SE
Suite 300
Atlanta, GA 30339
T (404) 876-8100
chall@hallandlampros.com

Daniel Werner
James E. Radford
Radford Scott, LLP
315 W. Ponce de Leon Ave.
Suite 1080
Decatur, GA 30030
T (678) 271-0304
dwerner@radfordscott.com
jradford@radfordscott.com

*Attorneys for Plaintiffs*

63494976 v1